UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br><br>Everette J. LABARGE,<br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No.  25mj2977-KSC<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

On or about May 29, 2025, within the Southern District of California, defendant Everette J. LABARGE, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a United States Marine Corps, Provost Marshall's Office, Military Policeman, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　*Audrey Poehler*
　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　Audrey Poehler
　　　　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　　　　Naval Criminal Investigative Service

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON May 30, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On May 29, 2024, Military Policemen ("MPs") Corporal ("Cpl") Baughman, Lance Corporal ("LCpl") Sanders, LCpl Twine, LCpl Avalos, and other MPS were conducting their assigned duties at the San Luis Rey Gate aboard Marine Corps Base Camp Pendleton, California. All MPs were in full Woodland Marine Corps Combat Utility Uniform, with certain MPs bearing "police" markings on flak-jacket style plate carriers. MCB Camp Pendleton is an area of exclusive federal jurisdiction in the Southern District of California.

At approximately 10:55 a.m., LCpls Avalos and Sanders were conducting inspection at Lane 1 of the San Luis Rey Gate, when a gray 2015 Toyota Camry bearing California plates approached the gate. The driver, later identified as Everette LABARGE, had his window down and began yelling at the gate sentry, LCpl Sanders, about the long wait and traffic at the gate. Records checks revealed that LABARGE is the registered owner of the vehicle. The vehicle had one passenger in the front seat, later identified as LABARGE's spouse, N.L.

Upon observing LABARGE yell at the gate sentry, the Non-Commissioned Officer in Charge ("NCOIC"), Cpl BAUGHMAN, went out to speak with LABARGE who continued yelling complaints at Corporal Baughman. Corporal Baughman attempted to converse with LABARGE; however, LABARGE would not listen and continued yelling. LABARGE was instructed to step out of the vehicle for officer safety, at which time he threatened to shoot multiple PMO officers.

An MP approached the vehicle and stood in front of it, holding a stop stick device. LABARGE then placed his vehicle in drive and pulled forward, striking the MP on the leg. Simultaneously, the MP deployed the stop stick in front of the vehicle, prompting LABARGE to stop the vehicle. LABARGE stepped out of the vehicle and continued to yell at MPs and pushed Corporal Baughman. Baughman attempted to handcuff LABARGE, and LABARGE then stated he had a firearm which prompted officers to bring him to the ground. A fight then ensued on the ground with LABARGE reaching for his waistband multiple times. Officers observed that LABARGE had a firearm, later identified

as a Ruger Max 9, in a holster on his belt. An MP removed the firearm from LABARGE'S person and moved it out of reach. Another MP officer picked up the firearm, observed a round in the chamber, and cleared the weapon by ejecting the round and magazine. After struggling with officers for multiple minutes, LABARGE was placed in handcuffs. While in handcuffs, LABARGE attempted to kick an MP in the leg.

      LABARGE was treated for minor wounds and transported to the Naval Criminal Investigative Service ("NCIS") office aboard MCB Camp Pendleton. Records checks identified LABARGE as a retired Marine Corps Gunnery Sergeant and former Customs and Border Protection Officer. During his altercation with MPs, he had what appeared to officers to be a Customs and Border Protection badge on his waistband.